

# MEMORANDUM

**To:**   The Honorable Judge to be Assigned

U.S. District Court Judge

**From:**   Nicole Monteiro

U.S. Probation Officer

**Re:**   COLON-DELGADO, Luis A.

Dkt. # 17CR10059-001

<u>Satisfaction of Special Condition #2 – Mental Health Treatment</u>

**Date:**   March 27, 2017

---

On May 11, 2012, Mr. Colon-Delgado appeared in U.S. District Court for the District of Puerto Rico, having previously pled guilty to Conspiracy to Possess with intent to Distribute at least 3.5 kilograms, but not less than 5 kilograms of Cocaine. He was initially sentenced to 87 months custody of the Bureau of Prisons followed by 96 months of supervised release. On August 6, 2015, Mr. Colon-Delgado's sentence on imprisonment was reduced to 70 months in custody of the Bureau of Prisons. Mr. Colon-Delgado's term of supervision commenced October 27, 2016, and is scheduled to expire on October 26, 2024. The Court imposed the following special condition of supervised release:

*The defendant shall participate in a mental health program for evaluation and/or treatment purposes, including medication if necessary, as arranged and approved by the U.S. Probation Officer until duly discharged by authorized program personnel with the approval of the U.S. Probation Officer.*

Mr. Colon-Delgado began his mental health treatment at SSTAR in November of 2016. He underwent a mental health assessment and report. He reported a history of anxiety and depression dating back to over six years ago when he first moved to the continental United States from Puerto Rico. These issues were resolved as he was able to adjust to the transition. He has had no further issues with his mental health since that time. The treatment provider recommended no further treatment.

Given Mr. Colon-Delgado's successful completion of mental health treatment, the Probation Office respectfully suggests no further treatment is needed at this time. Therefore, the Probation Office considers Special Condition #2 to have been satisfied. If the Court concurs with this recommendation, it is respectfully requested that Your Honor affix your signature below.

Respectfully Submitted,

/s/ Nicole Monteiro
U.S. Probation Officer

Reviewed/Approved by:

/s/ Basil F. Cronin
Basil F. Cronin
Supervising U.S. Probation Officer

**THE COURT**

__✓__ I concur

_____ I disagree

/s/ NMGorton
The Honorable Judge to be Assigned
U.S. District Court Judge

3/30/17
Date